1  Bingham McCutchen LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11

12 SUSAN BAXLEY, individually and on behalf of    No. C-05-2758
   all others similarly situated,
13
                                                  STIPULATION AND [PROPOSED]
14         Plaintiff,                             ORDER TO CONTINUE FILING DATE
      v.                                          FOR DEFENDANT'S RESPONSE TO
15                                                PLAINTIFF'S COMPLAINT
   INTEL CORPORATION, a Delaware
16 corporation,

17         Defendant.

18
         IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR
19 COUNSEL AS FOLLOWS:
20
         Pursuant to Civil Local Rule 6-2, Plaintiff Susan Baxley and Defendant Intel
21
   Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be
22
   due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate
23
   or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days
24
   after any such motion has been denied. The parties request this transfer because the plaintiffs in
25
   *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related matter,
26

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627430.1

1  have filed a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section
2  1407, and the above-styled action has been identified as a related action to that petition. As a
3  result the outcome of the pending petition will impact significantly the schedule of this case.
4      This is the first stipulation between the parties. Because this litigation has just
5  begun, granting such a stipulation will not have any negative impact on the schedule of this case.
6  IT IS HEREBY STIPULATED.
7  DATED: July /9, 2005

8
9                          Bingham McCutchen LLP
10
11                         By: _____
12                               JOY K. FUYUNO
                             Attorneys for Defendant
13                               Intel Corporation
14
15                         Law Offices of Jeffrey F. Keller
16
17
18                         By: _____
                              JEFFREY F. KELLER
19                              Attorneys for Plaintiff
                             Susan Baxley
20
21
22
23
24
25
26

1

2  **[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

3  IT IS HEREBY ORDERED that Defendant Intel Corporation's response to
4  Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case
5  pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section
6  1407, or, in the alternative, 45 days after any such motion has been denied.

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  Dated: ~~July~~ 8/2, 2005

9

10

11  Honorable Edward M. Chen
    United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26